**Order entered July 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00692-CV

### IN THE INTEREST OF N. L. T., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-10316**

## ORDER

Before the Court is appellant's July 3, 2013 motion to compel the Official Court Reporter for the 256th Judicial District Court to file trial transcripts. A review of our records shows the reporter's record for this case was filed afterhours on July 2, 2013. Accordingly, we **DENY** appellant's motion as moot. Appellant's brief is due twenty days from the date of this order.

/s/     CAROLYN WRIGHT
         CHIEF JUSTICE